**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAN T. NGUYEN, | Case No. 8:23-cv-00864-CJC-JDE |
| Plaintiff, | District Judge: Cormac J. Carney |
| vs. | **JUDGMENT [19]** |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff QUAN T. NGUYEN ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on August 14, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $114,202.80 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: May 15, 2024

Hon. Cormac J. Carney
U.S. District Judge

CC: FISCAL

1
**JUDGMENT**